IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER LOUISE ROZIER,

    Plaintiff,

v.                                    CASE NO. 4:10cv509-SPM/WCS

NATHANIEL GALLON
and GREG REED,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 6, 2011 (doc. 12). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed for failure to state a claim upon which relief

may be granted.

DONE AND ORDERED this 23rd day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge